8 SWEET vs. CIRCUIT JUDGE (Newaygo), No. 13392, 95 M., 449.

To compel respondent to quash a suit commenced by summons, on the ground that the summons had been delivered to the attorney, signed in blank without reference to the particular suit, and the entry fee had not been paid

Denied April 28, 1893, with costs.

9 MIDLER vs. SUPERIOR COURT JUDGE (Grand Rapids), 38 M., 310.

To require respondent to set aside the service of process as insufficient, it having been made by laying it on the body of a man too sick to understand it.

Granted January 29, 1878.

10 PEOPLES' MUTUAL BENEFIT SOCIETY OF ELKHART, INDIANA, vs. CIRCUIT JUDGE (Wayne), No. 13814, 97 M., 627.

To set aside a default judgment, where the affidavit of service of the declaration, by which the suit was commenced, failed to show how the service was made.

Granted November 15, 1893, with costs, on the ground that the Statute, Howell's, Sec. 7293, required that the return should show the time and manner of service.

11 BALDWIN vs. CIRCUIT JUDGE (St. Clair), No. 12542.

To compel respondent to quash a subpœna.

Granted February 17, 1892, with costs.

The subpœna required defendant to have his appearance entered "within twenty days after the ...... day of November, 1891, which is the return day of the writ," and while it gave the name of the month and year in which issued, it did not give the day of the month, nor did the original give the return day of the month nor the day of the month on which the subpœna issued.